## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

**UNITED STATES OF AMERICA**

-vs-

**Case No.  3:06-CR-001-JTC**

**ANNABELLE STELLANTIS GRACE**

**Defendant's Attorney:**

a/k/a Jason South

**Charles Lea**

## AMENDED JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant was found guilty by jury on Counts One through Five of the Indictment.

Accordingly, the defendant is adjudged guilty of such counts which involve the following offenses:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 26 U.S.C. §§5841, 5845, 5861(d-f), and 5871 | Possession of Unregistered Firearm (Sawed-Off Shotgun) | 1 |
| 18 U.S.C. §922(g)(1) | Possession of Firearms by Convicted Felon | 2 |
| 26 U.S.C. §§5841, 5845, 5861(d-f), and 5871 | Manufacturing Unregistered Destruction Devices (Pipe Bombs) | 3 |
| 18 U.S.C. §§841, 842(a)(3)(B), 843, and 844 | Transportation and Distribution of Unregistered Destruction Devices (Pipe Bombs) | 4 |
| 21 U.S.C. §§841(a)(1), 841(b)(1)(B)(viii), and 851 | Possession with Intent to Distribute Methamphetamine | 5 |

The defendant is sentenced as provided in pages 2 through  4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$ 500.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.     XXX-XX-8092
Defendant's Date of Birth:      1978
Defendant's Mailing Address:
Atlanta, Georgia

Date of Imposition of Sentence:

August 17, 2007

Signed this the 27th day of January, 2022.

**Timothy C. Batten, Sr.**
**United States District Judge**

3:06-CR-001-JTC : JASON ROBERT SOUTH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **THREE HUNDRED (300) MONTHS**.   This term consists of 120 months on each of Counts 1 through 4 to run concurrently, and 180 months on Count 5 to run consecutively to Counts 1 through 4.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL


By:_____
Deputy U.S. Marshal

3:06-CR-001-JTC : JASON ROBERT SOUTH

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **EIGHT (8) YEARS**.  This consists of 3 years on each of Counts 1 through 4, and 8 years on Count 5, all such terms to run concurrently.

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

1.  The defendant shall submit random drug/alcohol testing and shall participate in an alcohol/drug treatment program under the guidance and supervision of the United States Probation Officer.  If able, the defendant shall contribute to the cost of services for such treatment.

2.  The defendant shall participate in a mental health treatment program under the guidance and supervision of the probation officer.

3.  Pursuant to 42 U.S.C. §14135a(d)(1) and 10 U.S.C. §1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

4.  The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

5.  The defendant shall submit to any reasonable search of his person, property (real, personal, or rental), residence, office, and/or vehicle(s), at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

3:06-CR-001-JTC : JASON ROBERT SOUTH

# STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition:

1.      The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.      The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.      The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.      The defendant shall support his or her dependents and meet other family responsibilities;

5.      The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.      The defendant shall notify the probation officer within **72** hours of any change in residence or employment;

7.      The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8.      The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.      The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10.     The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11.     The defendant shall notify the probation officer within **72** hours of being arrested or questioned by a law enforcement officer;

12.     The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13.     As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.