Annabelle Grace 57903-019
FCI Seagoville
PO Box 9000
Seagoville, Tx. 75159

NORTH TEXAS TX P&DC
DALLAS TX 750
10 DEC 2022 PM 8 L



CLEARED DATE
DEC 15 2022
U.S. Marshals Service
Atlanta, GA 30303

Clerk
U.S. District Court
Newnan Division
PO Box 939
Newnan, GA, 30264

30264-093939